UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-7623-JFW(ASx)**                                        Date:  July 6, 2022

Title:         Reanna Garcia -v- Xerox Corporation, et al

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS**

On March 30, 2022, Plaintiff Reanna Garcia ("Plaintiff") filed a Notice of Partial Settlement of the Action as to Plaintiff Reanna Garcia and Defendant Paladin Consulting, Inc. (Docket No. 31) ("Notice of Partial Settlement).  In the Notice of Partial Settlement, Plaintiff stated that she had reached a settlement of this action with Defendant Paladin Consulting, Inc. ("Paladin") and that "[t]he settling parties are in the process of finalizing the settlement documents."  Plaintiff also requested "30 days to file a request for dismissal as to" Paladin.  However, over ninety days have passed since Plaintiff filed the Notice of Partial Settlement and Plaintiff has failed to file a request for dismissal with respect to Paladin or to otherwise update the Court on the status of her settlement with Paladin.

Accordingly, Plaintiff is ordered to show cause, in writing, by July 8, 2022, why the Court should not impose sanctions in the amount of $1,500 against Plaintiff for Plaintiff's failure to file a request for dismissal with respect to Paladin within thirty days of filing her Notice of Partial Settlement.  If Plaintiff files a Notice of Dismissal with respect to Paladin, the Court will consider it an appropriate response to the Order to Show Cause.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.