JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REANNA GARCIA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION, a Corporation; PALADIN CONSULTING, INC., a corporation,<br><br>Defendants. | Case No.: 2:21-cv-07623-JFW (ASx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

After considering Defendant Xerox Corporation's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, the opposing and reply papers thereto, and the arguments therein, the Court granted the motion in full.

THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff Reanna Garcia take nothing by way of her First Amended Complaint against Defendant Xerox Corporation and that this action be dismissed on the merits with prejudice as to Defendant Xerox Corporation.

Dated: July 12, 2022

_____
Hon. John F. Walter
United States District Court Judge